ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Manson Construction Company | ) ASBCA No. 62969 |
| | ) |
| Under Contract No. W912EP-19-C-0030 | ) |

APPEARANCE FOR THE APPELLANT:     Michael H. Payne, Esq.
　　　Cohen Seglias Pallas Greenhall & Furman PC
　　　Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
　　　Engineer Chief Trial Attorney
　　Paul B. Taylor, Esq.
　　Justin P. McCorcle, Esq.
　　Shantel M. Middleton, Esq.
　　　Engineer Trial Attorneys
　　　U.S. Army Engineer District, Wilmington

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 2, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

　　　I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62969, Appeal of Manson Construction Company, rendered in conformance with the Board's Charter.

Dated:  March 2, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals